NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5185

STERLING, WINCHESTER & LONG, L.L.C.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

<u>Frederick L. Wright II</u>, Vaughn, Wright & Boyer LLP, of Atlanta, Georgia, argued for plaintiff-appellant.

<u>Maame A.F. Ewusi-Mensah</u>, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief was <u>Jeanne E. Davidson</u>, Director. Of counsel on the brief was <u>Michael F. Kiely</u>, Attorney, Law Department, United States Postal Service, of Washington, DC.

Appealed from: United States Court of Federal Claims

Senior Judge Lawrence S. Margolis

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5185

STERLING, WINCHESTER & LONG, L.L.C.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the United States Court of Federal Claims

in CASE NO. 05-CV-297.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (Before BRYSON and GAJARSA, <u>Circuit Judges</u>, and ST. EVE, <u>District Judge</u>).<sup>*</sup>

AFFIRMED.  <u>See</u> Fed. Cir. R.36

ENTERED BY ORDER OF THE COURT

DATED: <u>June 5, 2009</u>       <u>/s/ Jan Horbaly</u>
                              Jan Horbaly, Clerk

---

[*]    The Honorable Amy J. St. Eve, United States District Judge for the Northern District of Illinois, sitting by designation.